■ In the Matter of CONCERN, INC., et al., Respondents, v GEORGE E. PATAKI, as Governor of the State of New York, et al., Appellants, et al., Respondents. [816 NYS2d 397]—Motion granted, appeal dismissed without costs as moot, judgment vacated and

proceeding dismissed. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Gorski, JJ. (Filed May 17, 2006.)